IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**JEROME M. MERAZ**                                                                                   **PLAINTIFF**

V.                               CASE NO. 5:24-CV-5029

**JOHN OR JANE DOE DISPATCH OFFICER,**
Fayetteville Police Department (FPD);
**PATROL OFFICER Z. TALLON, FPD; and**
**JOHN DOE, District Prosecuting Attorney**                                      **DEFENDANTS**

## ORDER

Now pending is the Report and Recommendation ("R&R") (Doc. 6) of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas, who conducted a preservice screening of the Complaint pursuant to 28 U.S.C. § 1915A.  The Magistrate Judge recommends dismissing all claims except one for false arrest against separate Defendant Tallon.  Plaintiff Jerome M. Meraz filed Objections (Doc. 11) to the R&R, and in response, the Court has reviewed the entire case *de novo*.

First, Mr. Meraz objects to the dismissal of the prosecuting attorney—whom he now identifies by name.  In support of this objection, he restates the facts surrounding his arrest and prosecution and concludes, "If that [is] not malicious[,] I don't no [sic] what is." *Id.* at p. 2.  Even assuming all facts Mr. Meraz states in his Complaint and Objections are true, none of the prosecutor's actions plausibly fall outside his prosecutorial functions. Though Mr. Meraz disagrees with the speed with which his prosecution was handled and the prosecutor's decision to pursue certain charges, the

R&R is correct that the prosecutor is subject to absolute immunity from suit for all these actions.  The objection is therefore **OVERRULED**.

Second, Mr. Meraz argues that defamation should be a claim of constitutional dimension—though the law says otherwise.  This objection is also **OVERRULED**.

Third and finally, Mr. Meraz insists that his claim for false arrest against John or Jane Doe Dispatch Officer is plausible and should survive preservice screening. The Court disagrees.  As the R&R explained, Mr. Meraz's allegation that the Dispatch Officer misread a report is, at most, negligent conduct, which does not support a § 1983 claim.  This objection is **OVERRULED**.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**.

**IT IS FURTHER ORDERED** that Mr. Meraz's Motion to Amend Parties (Doc. 12) is **MOOT**.  The Motion states the true name of the John Doe Prosecuting Attorney, but for the reasons stated herein and in the R&R, this party is dismissed.

**IT IS SO ORDERED** on this 15th day of February, 2024.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE